# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**VICTOR SANCHEZ,**

      **Plaintiff,**

**v.**                                                          **Case No: 5:13-cv-201-Oc-22PRL**

**CAGAN MANAGEMENT GROUP, INC.,**

      **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion for Settlement Approval and Stipulation of Dismissal (Doc. No. 16) filed on September 25, 2013.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed November 6, 2013 (Doc. No. 20), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Settlement Approval is hereby GRANTED. The Court finds the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA issues.

3. The case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Ocala, Florida on November 21, 2013.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties